```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  6/15/2015

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: ____CW____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SERGIO RODRIGUEZ,      ) | NO. CV 12-10841 JFW (FFM) |
| )                              | |
| Plaintiff,                     ) | ORDER ACCEPTING FINDINGS, |
| )                              | CONCLUSIONS AND |
| v.                             ) | RECOMMENDATIONS OF |
| )                              | UNITED STATES MAGISTRATE JUDGE |
| CITY OF PALM SPRINGS,          ) | |
| )                              | |
| Defendant.                     ) | |
| )                              | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: June 15, 2015

_____
JOHN F. WALTER
United States District Judge