JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/15/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SERGIO RODRIGUEZ, ) | NO. CV 12-10841 JFW (FFM) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| CITY OF PALM SPRINGS, ) | |
| Defendant. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Second Amended Complaint and that this action is dismissed with prejudice.

DATED: June 15, 2015

_____
JOHN F. WALTER
United States District Judge